**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAY   3 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00773-ZLW

CLOVIS CARL GREEN, JR.,

     Applicant,

v.

JAMES E. ABBOTT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

     This matter is before the Court on the letter addressed to the Honorable Lewis T. Babcock, chief judge, and to John Suthers, attorney general of the state of Colorado, which Plaintiff Clovis Carl Green, Jr., submitted to and filed with the Court on April 27, 2007. This matter also is before the Court on the motion Mr. Green submitted to and filed with the Court on April 27 titled "Petitioner's Motion for Release on Personal Recognizance Bond During the Pending of the Petition for Writ of Habeas Corpus, During the Pending of Any Direct Appeal to the United States Court of Appeals for the Tenth Circuit, and During the Pending of Any Petition for Writ of Certerorari [sic] in the United States Supreme Court. The motion for release is DENIED. Mr. Green is a sophisticated *pro se* litigant who is well-acquainted with the fact that pursuant to D.C.COLO.LCivR 77.2 no party to an action shall send letters, pleadings, or other papers directly to a judicial officer. Therefore, the clerk of the Court is directed to strike the letter to Chief Judge Babcock. The clerk of the Court also is directed to strike any further *ex parte* correspondence with judicial officers that Mr. Green submits in this action.

Dated:  May 3, 2007

---

Copies of this Minute Order mailed on May 3, 2007, to the following:

Clovis C. Green, Jr
Reg. No. 69277
CTCF
PO Box 1010
Canon City, CO 81215

_____
Secretary/Deputy Clerk